■ DONALD J. SHARKEY, Appellant, v JOSEPH LIN-YUN CHOW, M.D., et al., Respondents, et al., Defendant. (Appeal No. 3.) [922 NYS2d 836]—Appeal from a judgment of the Supreme Court, Erie County (Christopher J. Burns, J.), entered April 30, 2010 in a medical malpractice action. The judgment dismissed the complaint against defendants Joseph Lin-Yun Chow, M.D., Celestine J. Szulewski, P.A. and Springville Pediatrics and Adult Care.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Sharkey v Chow* (84 AD3d 1719 [2011]). Present—Scudder, P.J., Fahey, Carni, Sconiers and Martoche, JJ.